AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00073 |
| QUINN KEEN | ) | Assigned to: Judge Meriweather, Robin M. |
| | ) | Assign Date: 4/6/2023 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____QUINN KEEN_____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1), (a)(2), and (a)(4)- Entering and Remaining; Disorderly and Disruptive Conduct; and, Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D), (e)(2)(F), and (e)(2)(G)- Disorderly Conduct; Act of Physical Violence; and Parading, Demonstrating or Picketing in the Capitol Grounds or Buildings.

Date: April 6, 2023

2023.04.06
12:02:39 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* April 06, 2023, and the person was arrested on *(date)* April 06, 2023
at *(city and state)* Chicago, IL

Date: April 06, 2023

*Arresting officer's signature*

Alex Dehr FBI Special Agent
*Printed name and title*